UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **ELITE PHYSICIAN SERVICES, LLC** <br><br>                              Plaintiff/Petitioner <br><br> vs. <br> **CITICORP CREDIT SERVICES, INC. (USA)** <br><br>                              Defendant/Respondent | Hearing Date: <br><br> CAUSE NO. <br> **1:06-CV-86** <br><br><br> AFFIDAVIT OF SERVICE OF: <br> **SUMMONS AND COMPLAINT; CIVIL COVER SHEET** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **10th day of May, 2006, at 2:25 PM**, at the address of **1209 ORANGE Street, WILMINGTON, New Castle County, DE** ; this affiant served the above described documents upon **CITICORP CREDIT SERVICES, INC. (USA)**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Scott LaScala, Authorized to accept / White, Male, Age 40's, 5'10", 170 lbs with brown hair**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of ___Delaware___ that the statement above is true and correct.

_____
**Daniel Newcomb, Reg. # None Required, New Castle / DE**


SUBSCRIBED AND SWORN to before me this 12th day of May, 2006

_____
NOTARY PUBLIC in and for the State of **Delaware**

| ABC's Client Name <br> **Miller & Martin PLLC (PFI)** | ORIGINAL PROOF OF <br> SERVICE | ABC Tracking #: **3826544** |
|---|---|---|

KIMBERLY J RYAN
NOTARY PUBLIC-DELAWARE