UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| ELITE PHYSICIAN SERVICES, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>CITICORP CREDIT SERVICES, )<br>INC. (USA) )<br>)<br>Defendant. ) | No. 1:06-CV-86<br><br>Judge Mattice<br>Magistrate Judge Carter |

## JOINT MOTION TO SET BRIEFING SCHEDULE

On September 22, 2006, defendant Citicorp Credit Services, Inc. (USA) ("CCSI (USA)") filed a Motion to Dismiss or Transfer. See Case File No. 5. For good cause, plaintiff Elite Physician Services, LLC ("Elite") and defendant CCSI (USA) jointly move the Court to order that Elite shall have until and including October 27, 2006 to file its response to CCSI (USA)'s motion and that CCSI (USA) shall have until and including November 10, 2006 to file its reply. A proposed agreed order is attached hereto as Exhibit A.

Respectfully submitted,

MILLER & MARTIN, PLLC

By:  s/Donald J. Aho
     Donald J. Aho (BPR # 11975)
1000 Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402

*Attorneys for Elite Physician Services, LLC*

3268853_1.DOC

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

By: **s/ Joshua A. Powers**
Joshua A. Powers (BPR # 15639)
1800 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450-1800

*Attorneys for Citicorp Credit Services, Inc. (USA)*