EXHIBIT A

PROPOSED AGREED ORDER

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## at CHATTANOOGA

| | |
|---|---|
| ELITE PHYSICIAN SERVICES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) No. 1:06-CV-86 |
| | ) |
| CITICORP CREDIT SERVICES, INC. (USA) | ) |
| | ) |
| Defendant. | ) |

### AGREED ORDER SETTING BRIEFING SCHEDULE

On September 22, 2006, defendant Citicorp Credit Services, Inc. (USA) ("CCSI (USA)") filed a Motion to Dismiss or Transfer. See Case File No. 5. By agreement of the parties and for good cause shown, it is hereby ORDERED that plaintiff Elite Physician Services, LLC shall have until and including October 27, 2006 to file its response to CCSI (USA)'s motion and that CCSI (USA) shall have until and including November 10, 2006 to file its reply.

IT IS SO ORDERED.

_____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE

3268853_1.DOC

AGREED UPON AND
APPROVED FOR ENTRY BY:

MILLER & MARTIN, PLLC

By:    <u>**s/Donald J. Aho**</u>
        Donald J. Aho (BPR # 11975)
        1000 Volunteer Building
        832 Georgia Avenue
        Chattanooga, TN 37402

        *Attorneys for Elite Physician Services, LLC*


BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.

By:    <u>**s/ Joshua A. Powers**</u>
        Joshua A. Powers (BPR # 15639)
        1800 Republic Centre
        633 Chestnut Street
        Chattanooga, TN 37450-1800

        *Attorneys for Citicorp Credit Services, Inc. (USA)*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing pleading was filed electronically on October 4, 2006. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

<u>s/Donald J. Aho</u>
(BPR No. 011975)
Miller & Martin PLLC
1000 Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402
(423) 756-6600 – Telephone
(423) 785-8480 – Facsimile