

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| ELITE PHYSICIAN SERVICES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | No. 1:06-CV-86 |
| ) | |
| CITICORP CREDIT SERVICES, ) | |
| INC. (USA) ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER SETTING BRIEFING SCHEDULE

On September 22, 2006, defendant Citicorp Credit Services, Inc. (USA) ("CCSI (USA)") filed a Motion to Dismiss or Transfer. See Case File No. 5. By agreement of the parties and for good cause shown, it is hereby ORDERED that plaintiff Elite Physician Services, LLC shall have until and including October 27, 2006 to file its response to CCSI (USA)'s motion and that CCSI (USA) shall have until and including November 10, 2006 to file its reply.

IT IS SO ORDERED.

_____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE

AGREED UPON AND
APPROVED FOR ENTRY BY:

MILLER & MARTIN, PLLC

By:  **s/Donald J. Aho**
     Donald J. Aho (BPR # 11975)
     1000 Volunteer Building
     832 Georgia Avenue
     Chattanooga, TN 37402

     *Attorneys for Elite Physician Services, LLC*


BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.

By:  **s/ Joshua A. Powers**
     Joshua A. Powers (BPR # 15639)
     1800 Republic Centre
     633 Chestnut Street
     Chattanooga, TN 37450-1800

     *Attorneys for Citicorp Credit Services, Inc. (USA)*