UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| ELITE PHYSICIANS SERVICES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:05-CV-344 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| CITICORP PAYMENT SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

For the reasons listed in the accompanying memorandum, the Court **GRANTS** Defendant's motion to transfer venue (Court File No. 8). The Court **ORDERS** venue in this matter be transferred to the United States District Court for the Southern District of New York.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE**

