Philip R. Schatz (PS 6158)
Wrobel & Schatz LLP
1040 Avenue of the Americas, Suite 1101
New York, NY 10018-3703
(212) 421-8100

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x   No. 1:06-cv-02447-BSJ

ELITE PHYSICIAN SERVICES, LLC,                                    NOTICE OF MOTION
                                                                  AND MOTION FOR
         Plaintiff,                                      VOLUNTARY
                                                                  DISMISSAL WITHOUT
   -against-                                                    PREJUDICE PURSUANT
                                                                  TO FED. R. CIV. P.
CITICORP PAYMENT SERVICES, INC.,                                  41(a)(2)

         Defendant.

-------------------------------------------------------------x

TO:   DEFENDANT CITICORP PAYMENT SERVICES, INC.
      AND ITS ATTORNEYS OF RECORD

    PLEASE TAKE NOTICE THAT plaintiff Elite Physician Services LLC will and does hereby move this Court, pursuant to Fed. R. Civ. P. 41(a)(2), to dismiss this action <u>without prejudice</u> for the reasons set forth in the accompanying Memorandum of Law.

    This motion is based on this Notice of Motion and Motion; the Memorandum of Law filed herewith; the accompanying Affirmation of Kevin B. Dressler dated October 20, 2006, Affirmation of Robert F. Parsley dated October 24, 2006, and Affirmation of Philip R. Schatz dated October 24, 2006, plus exhibits thereto; the pleadings and papers on file herein; and such other and further matters as may be presented to the Court at the time of the hearing.

    PLEASE TAKE FURTHER NOTICE THAT, pursuant to Rule 6.1(b) of the Local Rules of the United States District Court for the Southern District of New York, any opposing


EXHIBIT K

affidavits or memoranda shall be served within ten business days after service of the moving papers herein.

Dated: New York, New York
       October 25, 2006

**WROBEL & SCHATZ LLP**

By: _____
Philip R. Schatz (PS 6158)
1040 Avenue of the Americas, 11th Floor
New York, NY 10018-3703
Tel: (212) 421-8100
*Local counsel for Elite Physician Services, LLC*

**MILLER & MARTIN PLLC**
Donald J. Aho (BPR # 011975)
Robert F. Parsley (BPR #023819)
Suite 1000 Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402
(423) 756-6600 (tel)
(423) 785-8480 (fax)

*Counsel for Elite Physician Services, LLC*