UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| ELITE PHYSICIAN SERVICES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:06-CV-86 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | Judge Mattice |
| | ) | Magistrate Judge Carter |
| CITICORP CREDIT SERVICES, INC. (USA) | ) | |
| | ) | |
| Defendant. | ) | |

### DECLARATION OF ROBERT F. PARSLEY

I, Robert F. Parsley, hereby declare and state as follows:

1. I am a resident of Hamilton County, Tennessee and am counsel for Elite Physician Services, LLC ("Elite"). I have personal knowledge of the matters set forth herein. This declaration is provided in support of Elite's Memorandum in Response to Defendant's Motion to Dismiss or Transfer and in Support of Plaintiff's Motion to Stay ("Plaintiff's Memorandum").

2. The pleadings attached as exhibits to Plaintiff's Memorandum are true and correct copies.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of October, 2006 in Hamilton County, Tennessee.

_____
Robert F. Parsley
Miller & Martin PLLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was filed electronically on October 27, 2006. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

<u>s/Robert F. Parsley</u>
(BPR No. 023819)
Miller & Martin PLLC
1000 Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402
(423) 756-6600 – Telephone
(423) 785-8480 – Facsimile

3321194_1.DOC