UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ELITE PHYSICIAN SERVICES, LLC, ) | |
| ) | |
| Plaintiff, ) | No. 1:06-CV-86 |
| ) | |
| v. ) | *Mattice/Carter* |
| ) | |
| CITICORP CREDIT SERVICES, INC. (USA), ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S REPLY IN SUPPORT OF
ITS MOTION TO DISMISS OR TRANSFER**

# Defendant's Collective Exhibit C

**The public records that comprise Exhibit D can be found at the following websites:**

http://www.sunbiz.org/corpweb/inquiry/search.html

http://www.occ.treas.gov/interp/sep06/cd06-08.pdf

www.occ.treas.gov/interp/sep06/intsep06.htm

www.microsoft.com/presspass/press/2003/jan03/01-13CitibankRMSPR.mspx

www.microsoft.com/presspass/press/2003/jul03/07-28rms12releasepr.mspx

http//69.80.208.235/bmiusacom/pdf/ms_rms_integrated_card_processing.pdf

http://www.smithbarney.com/products_services/private_business_services/businessfma/bus_admin.html?33d

http://www.citibank.com/us/cards/merchant/

**F02000000333**

CT CORPORATION

CORPORATION(S) NAME

Citicorp Payment Services, Inc.

0

FILED 02 JAN 22 AM 11:26 SECRETARY OF STATE TALLAHASSEE, FLORIDA

RECEIVED 02 JAN 22 AM 8:23 DEPARTMENT OF STATE DIVISION OF CORPORATIONS TALLAHASSEE

| | | |
|---|---|---|
| ( X ) Profit | ( ) Amendment | ( ) Merger |
| ( ) Nonprofit | | |
| ( X ) Foreign | ( ) Dissolution/Withdrawal | ( ) Mark |
| | ( ) Reinstatement | |
| ( ) Limited Partnership | ( ) Annual Report | ( ) Other |
| ( ) LLC | ( ) Name Registration | ( ) Change of RA |
| | ( ) Fictitious Name | ( ) UCC |
| ( X ) Certified Copy | ( ) Photocopies | ( ) CUS |
| ( ) Call When Ready | ( ) Call If Problem | ( ) After 4:30 |
| (x) Walk In | ( ) Will Wait | (x) Pick Up |
| ( ) Mail Out | | |

BK

Name
Availability _____
Document
Examiner _____
Updater _____
Verifier _____
W.P. Verifier _____

1/21/02

Order#:   4957488

400004787484--3
-01/22/02--01032--016
Ref#:        *****70.00   *****70.00

400004787484--3
-01/22/02--01032--017
Amount: $   ******8.75   ******8.75

660 East Jefferson Street
Tallahassee, FL 32301
Tel. 850 222 1092
Fax 850 222 7615

A CCH LEGAL INFORMATION SERVICES COMPANY

## APPLICATION BY FOREIGN CORPORATION FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA

*IN COMPLIANCE WITH SECTION 607.1503, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN CORPORATION TO TRANSACT BUSINESS IN THE STATE OF FLORIDA.*

1. Citicorp Payment Services, Inc.
(Name of corporation; must include the word "INCORPORATED", "COMPANY", "CORPORATION" or words or abbreviations of like import in language as will clearly indicate that it is a corporation instead of a natural person or partnership if not so contained in the name at present.)

2. Delaware
(State or country under the law of which it is incorporated)

3. 223530171
(FEI number, if applicable)

4. 07/14/1997
(Date of incorporation)

5. Perpetual
(Duration: Year corp. will cease to exist or "perpetual")

6. 01/01/2002
(Date first transacted business in Florida. If corporation has not transacted business in Florida, insert "upon qualification.")
(SEE SECTIONS 607.1501, 607.1502 and 817.155, F.S.)

7. One Court Square, Long Island City, NY 11120
(Principal office address)

same
(Current mailing address)

8. All lawful business purposes
(Purpose(s) of corporation authorized in home state or country to be carried out in state of Florida)

9. **Name and street address of Florida registered agent:** (P.O. Box or Mail Drop Box **NOT** acceptable)

Name: C T Corporation System

Office Address: 1200 South Pine Island Road

Plantation , Florida 33324
(City) (Zip code)

10. Registered agent's acceptance:
*Having been named as registered agent and to accept service of process for the above stated corporation at the place designated in this application, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.*

By: *C T Corporation System* 
(Registered agent's signature)

11. Attached is a certificate of existence duly authenticated, not more than 90 days prior to delivery of this application to the Department of State, by the Secretary of State or other official having custody of corporate records in the jurisdiction under the law of which it is incorporated.

FL019 - C T Filing Manager Online

12. **Names and business addresses of officers and/or directors:**

A. **DIRECTORS**

Chairman: Julie Pukas
Address: 1 Court Square, 41st Floor
L.I.C. N.Y. 17120

Vice Chairman: Gregory Ohm
Address: 1 Court Square, 41st Fl.
L.I.C. N.Y. 11120

Director: Bernie Cavanaugh
Address: 1 Court Square, 41st Fl.
L.I.C. N.Y. 11120

Director: _____
Address: _____

B. **OFFICERS**

President: Julie Pukas
Address: 1 Court Square, 41st Fl.
L.I.C. N.Y. 11120

Vice President: Gregory Ohm
Address: 1 Court Square
L.I.C. N.Y. 11120

Secretary: _____
Address: _____

Treasurer: _____
Address: _____

**NOTE:** If necessary, you may attach an addendum to the application listing additional officers and/or directors.

13. _[signature: Julie Pukas]_
(Signature of Chairman, Vice Chairman, or any officer listed in number 12 of the application)

14. Julie Pukas, President
(Typed or printed name and capacity of person signing application)

FL019 - C T Filing Manager Online

_[Stamp: FILED 02 JAN 22 AM 11:26 SECRETARY OF STATE TALLAHASSEE, FLORIDA]_

# Delaware

PAGE 1

### The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "CITICORP PAYMENT SERVICES, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE FOURTEENTH DAY OF JANUARY, A.D. 2002.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE BEEN PAID TO DATE.



FILED 02 JAN 22 AM 11: 26
SECRETARY OF STATE
TALLAHASSEE, FLORIDA



Harriet Smith Windsor, Secretary of State

2772583   8300

020025436

AUTHENTICATION: 1558323

DATE: 01-14-02

**THIS PAGE INTENTIONALLY BLANK**