UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ELITE PHYSICIAN SERVICES, LLC, ) | |
| ) | |
| Plaintiff, ) | No. 1:06-CV-86 |
| ) | |
| v. ) | *Mattice/Carter* |
| ) | |
| CITICORP CREDIT SERVICES, INC. (USA), ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER STRIKING PLEADING

For good cause shown, and upon the agreement of the parties, Defendant Citicorp Credit Services, Inc. (USA), and Plaintiff, Elite Physician Services, LLC, it is hereby ORDERED that Court File No. 12 be stricken from the record.

IT IS SO ORDERED

ENTER

_____
UNITED STATES DISTRICT JUDGE

361197

APPROVED FOR ENTRY:

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.

By:   s/ Joshua A. Powers
      Joshua A. Powers (BPR # 15639)
      1800 Republic Centre
      633 Chestnut Street
      Chattanooga, TN  37450-1800

MILLER & MARTIN, PLLC

By:   s/Donald J. Aho
      Donald J. Aho (BPR #11975)
      1000 Volunteer Building
      832 Georgia Avenue
      Chattanooga, TN  37402