UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| ELITE PHYSICIAN SERVICES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:06-CV-86 |
| | ) | |
| v. | ) | *Mattice/Carter* |
| | ) | |
| CITICORP CREDIT SERVICES, INC. (USA), | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED ORDER STRIKING PLEADING

For good cause shown, and upon the agreement of the parties, Defendant Citicorp Credit Services, Inc. (USA), and Plaintiff, Elite Physician Services, LLC, it is hereby ORDERED that Court File No. 12 be stricken from the record.

IT IS SO ORDERED

ENTER

s/William B. Mitchell Carter
UNITED STATES MAGISTRATE JUDGE

361197

APPROVED FOR ENTRY:

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.

By:     s/ Joshua A. Powers
       Joshua A. Powers (BPR # 15639)
       1800 Republic Centre
       633 Chestnut Street
       Chattanooga, TN  37450-1800

MILLER & MARTIN, PLLC

By:     s/Donald J. Aho
       Donald J. Aho (BPR #11975)
       1000 Volunteer Building
       832 Georgia Avenue
       Chattanooga, TN  37402