UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

IN RE:                                      )
                                            )
CASE REASSIGNMENTS                          )

**O R D E R**

Pursuant to 28 U.S.C. § 137, the following actions are hereby **REASSIGNED** from District Judge Harry S. Mattice, Jr. to the undersigned:

| Case | Number |
|---|---|
| *White v. McKee* | 1:04-cv-188 |
| *Fawcett v. Farley's & Sathers Candy Co., Inc.* | 1:04-cv-258 |
| *Astec, Inc. v. Rouse Polymerics Int'l, Inc.* | 1:04-cv-282 |
| *McCollum v. City of Chattanooga* | 1:04-cv-336 |
| *Kersey Holmes v. Bradley County* | 1:04-cv-386 |
| *Clark v. Robertson* | 1:05-cv-160 |
| *Housely v. City of Chattanooga* | 1:05-cv-189 |
| *Waddell v. Life Ins. Co. of N. Am.* | 1:05-cv-200 |
| *Corvin v. Bice* | 1:05-cv-219 |
| *Jones v. City of Chattanooga* | 1:05-cv-245 |
| *Johnson v. City of Chattanooga* | 1:05-cv-256 |
| *Heil Co. v. Evanston Ins. Co.* | 1:05-cv-284 |
| *Sigler v. Am. Honda Motor Co., Inc.* | 1:05-cv-296 |
| *Day v. Krystal Co.* | 1:05-cv-300 |
| *Poteet v. Polk County* | 1:05-cv-309 |
| *West v. Maytag Corp.* | 1:05-cv-310 |
| *Helton v. Chattanooga Police Dep't* | 1:05-cv-357 |
| *Boynton v. Cotton States Mut. Ins. Co.* | 1:06-cv-2 |
| *Wallace v. Tyco Int'l Health & Welfare Benefits Plan* | 1:06-cv-8 |

| | |
|---|---|
| *Roland v. Cusick* | 1:06-cv-9 |
| *Yuppa v. La-Z-Boy Greensboro, Inc.* | 1:06-cv-20 |
| *Lowe v. Clift* | 1:06-cv-76 |
| *Rogers v. Wal-Mart* | 1:06-cv-84 |
| *Elite Physician Services, LLC v. Citicorp Credit Servs., Inc.* | 1:06-cv-86 |
| *Teague v. Cox* | 1:06-cv-91 |
| *Defender Servs., Inc. v. Panther Construction Co., Inc.* | 1:06-cv-95 |
| *Ellis v. Buzzi Unicem USA* | 1:06-cv-96 |
| *Paris v. Sansom* | 1:06-cv-98 |
| *Trundle v. Carson Pirie Holdings, Inc.* | 1:06-cv-99 |
| *Wells v. Accredited Home Lenders, Inc.* | 1:06-cv-132 |
| *Spears v. Cooper* | 1:06-cv-142 |
| *Johnson v. La-Z-Boy, Inc.* | 1:06-cv-154 |
| *Parks v. Johnson* | 1:06-cv-210 |
| *Peebles v. ADM Southern Cellulose* | 1:06-cv-228 |
| *Freighliner, LLC v. Loftin* | 1:06-cv-240 |
| *Standefer v. Alton E. Blakley Co., Inc.* | 1:06-cv-244 |
| *Buckner v. Hyde* | 1:06-cv-246 |
| *Law v. Parker Hannifin Corp.* | 2:05-cv-239 |
| *Baker v. Knox County School System* | 3:05-cv-553 |
| *Stanley v. CNA Ins.* | 3:06-cv-121 |

ENTER:

s/ *Curtis L. Collier*
CHIEF UNITED STATES DISTRICT JUDGE