UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| ELITE PHYSICIAN SERVICES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 1:06-CV-86 |
| | ) | |
| CITICORP CREDIT SERVICES, INC., | ) | Collier |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SCHEDULING CONFERENCE

In accordance with Fed. R. Civ. P. 16(b), a scheduling conference before United States District Judge Curtis L. Collier will be held at **2:30 p.m. on December 15, 2006**, in chambers, Room 317, 900 Georgia Avenue, Chattanooga, Tennessee. Any request to reschedule the conference should be directed to Sheila Hendrix at (423) 752-5287.

Attention is invited to Fed. R. Civ. P. 26(f) requiring a discovery planning meeting and Fed. R. Civ. P. 26(a)(1) requiring certain initial disclosures. The parties are encouraged to comply with these rules prior to attending this scheduling conference. If the parties are unable to so comply, the Court will order compliance at a time and place to be set forth in a scheduling order.

The purposes of this conference will be to discuss the possibility of settlement, and to set a schedule for the expeditious management of the case. Counsel are encouraged to obtain a sample copy of the form scheduling order from the district court's web page at **www.tned.uscourts.gov** before attending the conference. Those present should be prepared to discuss all matters which are mentioned in the form order.

Prior to attending this conference, counsel are expected to discuss with their clients whether the parties will consent to have an United States Magistrate Judge conduct all further proceedings including trial and entry of a final judgment. Counsel may also obtain this form on the web page.

*Date: November 27, 2006*                                           **PATRICIA L. McNUTT, CLERK OF COURT**
*Notice Served to All Counsel of Record*                      **By:** *Geneva Ashby,* **Deputy Clerk-in-Charge**