U. S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA
CIVIL MINUTES - GENERAL

CASE NO.: 1:06-CV-86

STYLE: Elite Physician Services v. Citicorp Credit Services

PRESENT: Honorable Curtis L. Collier _____ U. S. District Judge/ U. S. Magistrate Judge

Attorney(s) for Plaintiff(s): Robert Parsley

Attorney(s) for Defendant(s): Josh Powers, John Phillips

Deputy Clerk: Cyndii Palmer    Court Reporter: Elizabeth Coffey

Recorded: _____ —    Tape # _____

PROCEEDINGS: Argument on motion to stay determination of dft's motion to dismiss or transfer (#4) and motion to dismiss or transfer (#5). Opinion to be issued by Court.

Time: 2:00 to 2:50    Date: 2/27/07