UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ELITE PHYSICIANS SERVICES, LLC, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITICORP CREDIT SERVICES, INC. (USA), ) <br> ) <br>     Defendant. ) | Case No. 1:06-CV-86 <br><br> Chief Judge Curtis L. Collier |

# **O R D E R**

For the reasons set forth in the accompanying memorandum, the Court **GRANTS** the defendant's motion to transfer (Court File No. 5). The Court **ORDERS** venue in this matter be transferred to the United States District Court for the Southern District of New York. The Court **DENIES** the plaintiff's motion to stay (Court File No. 9).

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**