UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ELITE PHYSICIAN SERVICES, LLC,          :   **No. 1:07-cv-3097 (BSJ)**

                Plaintiff,          :   **The Honorable Barbara S. Jones**

v.                                      :   **ORDER**

CITICORP CREDIT SERVICES, INC. (USA),   :

                Defendant.          :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/07
```

Upon the annexed Declaration of Bruce H. Schneider, Esq. and the exhibits attached thereto, it is hereby:

ORDERED that Lisa M. Simonetti is granted leave to appear <u>pro hac vice</u> in the above action as counsel for defendant Citicorp Credit Services, Inc. (USA).

Dated: May _, 2007
New York, New York

                                                _____
                                                United States District Judge

50358217v1