UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

| | |
|---|---|
| ELITE PHYSICIAN SERVICES, LLC, | : **No. 1:07-cv-3097 (BSJ)** |
| Plaintiff, | : **The Honorable Barbara S. Jones** |
| v. | : **NOTICE OF MOTION TO <u>APPEAR PRO HAC VICE</u>** |
| CITICORP CREDIT SERVICES, INC. (USA), | : |
| Defendant. | : |

------------------------------------- x

Defendant Citicorp Credit Services, Inc. (USA) by its counsel Stroock & Stroock & Lavan LLP, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York will move this Court before the Honorable Barbara S. Jones at the Courthouse located at 500 Pearl Street, New York, NY 10007 for an Order granting permission to Nancy M. Lee, a member in good standing of the Bar of the State of California, to participate in these proceedings. This motion is made on submission. The attached declaration of Bruce H. Schneider and the exhibits thereto provide further support for this motion. A proposed order is attached hereto.

Dated: July 12, 2007
New York, New York

                                            STROOCK & STROOCK & LAVAN LLP

                                            */s/ Bruce H. Schneider*
                                            Bruce H. Schneider (BHS-7808)

                                            180 Maiden Lane
                                            New York, New York 10038
                                            (212) 806-5400
                                            *Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ELITE PHYSICIAN SERVICES, LLC,           : No. 1:07-cv-3097 (BSJ)

                  Plaintiff,        : The Honorable Barbara S. Jones

v.                                       : DECLARATION OF BRUCE H.
                                                        SCHNEIDER IN SUPPORT OF
CITICORP CREDIT SERVICES, INC. (USA),    : MOTION TO APPEAR
                                                         PRO HAC VICE
                  Defendant.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       **BRUCE H. SCHNEIDER**, declares under the penalty of perjury that the foregoing is true and correct:

       1.     I am an attorney duly admitted to practice in the courts of the State of New York and in this Court, and am a member of the firm of Stroock & Stroock & Lavan LLP, counsel for defendant Citicorp Credit Services, Inc. (USA) ("CCSI"). I submit this declaration in support of the motion to admit Nancy M. Lee ("Ms. Lee") to appear pro hac vice in this action on behalf of CCSI.

       2.     Ms. Lee practices law at the law firm of Stroock & Stroock & Lavan LLP, 2029 Century Park East, Los Angeles, CA 90067-3086 and is a member in good standing of the Bar of the State of California. Ms. Lee's Declaration in support of this Motion is annexed hereto as Exhibit A, and her Certificate of Good Standing is annexed hereto as Exhibit B. The proposed order is annexed hereto as Exhibit C.

3.  I respectfully request that the Court grant this motion and permit Ms. Lee to practice before this Court pro hac vice as counsel for CCSI in these proceedings.

Dated: July 12, 2007  
New York, New York

Respectfully submitted,

_____  
Bruce H. Schneider (BHS-7808)

STROOCK & STROOCK & LAVAN LLP  
180 Maiden Lane  
New York, New York 10038  
(212) 806-5400  
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x

| | | |
|---|---|---|
| ELITE PHYSICIAN SERVICES, LLC, | : | No. 1:07-cv-3097 (BSJ) |
| Plaintiff, | : | **The Honorable Barbara S. Jones** |
| v. | : | **AFFIRMATION OF NANCY M.** |
| CITICORP CREDIT SERVICES, INC. (USA), | : | **LEE IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE** |
| Defendant. | : | |
| | : | |

------------------------------ x

NANCY M. LEE, under penalty of perjury, declares as follows:

1. I am an associate of the law firm of Stroock & Stroock & Lavan LLP.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. Wherefore I respectfully submit that I be permitted to appear as counsel and advocate pro hac vice in this one case.

6.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: Los Angeles, California
July 10, 2007

_____
Nancy M. Lee

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067
Tel: (310) 556-5800
Fax: (310) 556-5959

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

July 5, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, NANCY MI LEE, #232708 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 2004; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

J. Robert McPhail
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| ELITE PHYSICIAN SERVICES, LLC, | : | No.  1:07-cv-3097 (BSJ) |
| Plaintiff, | : | **The Honorable Barbara S. Jones** |
| v. | : | **ORDER** |
| CITICORP CREDIT SERVICES, INC. (USA), | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Upon the annexed Declaration of Bruce H. Schneider, Esq. and the exhibits attached thereto, it is hereby:

ORDERED that Nancy M. Lee is granted leave to appear pro hac vice in the above action as counsel for defendant Citicorp Credit Services, Inc. (USA).


Dated: July __, 2007
New York, New York

_____
United States District Judge

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) SS.:
COUNTY OF NEW YORK      )

       Paula O'Brien, being duly sworn, deposes and says: deponent is not a party to this action, is over 18 years of age and is employed by Stroock & Stroock & Lavan LLP at 180 Maiden Lane, New York, New York 10038; that on the 12th day of July, 2007, deponent served Notice of Motion to Appear Pro Hac Vice upon :

Don Aho, Esq.
Miller & Martin PLLC
1000 Volunteer Building
832 Georgia Avenue
Chattanooga, TN 3740

Philip R. Schatz, Esq.
Wrobel & Schatz LLP
1040 Avenue of the Americas, 11th Floor
New York, NY 10018-3703

       by depositing a true copy of the same under the exclusive care and custody of the United States Postal Service from the firm of Stroock & Stroock & Lavan LLP

                                                      _____
                                                                Paula O'Brien

Sworn to before me this
12th day of July, 2007

_____
NOTARY PUBLIC

                          CHRISTINA A. THOMPSON-NAVAS
                          Notary Public, State of New York
                                No. 01TH6046888
                              Qualified in Kings County
                       Commission Expires Aug. 21, 20__

SSL-DOCS2 70180718v1