UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Elite Physician Services, LLC

V.

Citicorp Credit Services, Inc.

------------------------------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 3097 (BSJ)(GWG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 07 CV 3097
DATE FILED: 7/24/2007

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**X** General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions:___

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
              7/23/07

/s/ Barbara S. Jones
United States District Judge