USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/07 AL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
ELITE PHYSICIAN SERVICES, LLC,    :   No. 1:07-cv-3097 (BSJ)

               Plaintiff,    :   **The Honorable Barbara S. Jones**

v.    :   **ORDER**

CITICORP CREDIT SERVICES, INC. (USA),    :

               Defendant.    :
---------------------------------- x

Upon the annexed Declaration of Bruce H. Schneider, Esq. and the exhibits attached thereto, it is hereby:

ORDERED that Michael J. Niborski is granted leave to appear pro hac vice in the above action as counsel for defendant Citicorp Credit Services, Inc. (USA).

Dated: July 27, 2007
New York, New York

_____
United States District Judge
Barbara S. Jones

50363744