```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/07 AL
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------- x

ELITE PHYSICIAN SERVICES, LLC,      :   No. 1:07-cv-3097 (BSJ)

                Plaintiff,   :   **The Honorable Barbara S. Jones**

v.                                  :   **ORDER**

CITICORP CREDIT SERVICES, INC. (USA), :

                Defendant.  :

--------------------------------- x

Upon the annexed Declaration of Bruce H. Schneider, Esq. and the exhibits attached thereto, it is hereby:

ORDERED that Nancy M. Lee is granted leave to appear pro hac vice in the above action as counsel for defendant Citicorp Credit Services, Inc. (USA).

Dated: July 16, 2007
New York, New York

                                          _____
                                          United States District Judge

50358965v1