```
                                         USDC SDNY
                                         DOCUMENT
                                         ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT             DOC #: _____
SOUTHERN DISTRICT OF NEW YORK            DATE FILED: 8/3/07 AL
- - - - - - - - - - - - - - - - - - - - - x
ELITE PHYSICIAN SERVICES, LLC,           :  No. 1:07-cv-3097 (BSJ)

                    Plaintiff,           :  The Honorable Barbara S. Jones

       v.                                :  ORDER

CITICORP CREDIT SERVICES, INC. (USA),    :

                    Defendant.           :
                                         :
- - - - - - - - - - - - - - - - - - - - - x
```

Upon the annexed Declaration of Bruce H. Schneider, Esq. and the exhibits attached thereto, it is hereby:

ORDERED that Nancy M. Lee is granted leave to appear pro hac vice in the above action as counsel for defendant Citicorp Credit Services, Inc. (USA).

Dated: July 2, 2007
New York, New York

_____
United States District Judge
Barbara S Jones

50358965v1