```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/07 AL
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ELITE PHYSICIAN SERVICES, LLC,           :   No. 1:07-cv-3097 (BSJ)

                Plaintiff,    :   **The Honorable Barbara S. Jones**

v.                                       :   **ORDER**

CITICORP CREDIT SERVICES, INC. (USA),    :

                Defendant.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Upon the annexed Declaration of Bruce H. Schneider, Esq. and the exhibits attached thereto, it is hereby:

ORDERED that Michael J. Niborski is granted leave to appear pro hac vice in the above action as counsel for defendant Citicorp Credit Services, Inc. (USA).

Dated: July 16, 2007
New York, New York

                                                      United States District Judge

50363744